UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DATED: 3/25/2026

GRANTED

*Araceli Martinez-Olguin*

Judge Araceli Martínez-Olguín

|  |  |
|---|---|
| Tammie Davis, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>Roblox Corporation, et al.,<br><br>Defendant(s) | Case No. 3:25-cv-09655-AMO<br><br>**ADMINISTRATIVE MOTION FOR SUBSTITUTION AS LOCAL-COUNSEL FOR ATTORNEY APPEARING PRO HAC VICE** (per Civil Local Rule 7-11) |

I, Richard Varghese, an attorney who, on March 12, 2026 entered an appearance on behalf of Plaintiff(s), is a member of the bar of this Court in good standing, and maintains an office within the State of California, moves for substitution as local-counsel for Carasusana Bibiana Wall, an attorney who filed an Application for Admission of Attorney Pro Hac Vice in the Northern District of California on November 17, 2025 [*See* Dkt.5] and was subsequently admitted pro hac vice by Order of this Court on November 25, 2025 [*See* Dkt.6]. My bar number is 314156.

Further, the instant motion moves to replace Attorney Anya Fuchs as local-counsel in this matter.

**My Address of Record:**        2596 Mission Street, Suite 207 San Marino, CA 91108

**My Telephone # of Record:**        (646) 479-6979

**My Email Address of Record:**        rvarghese@rvesq.com

Respectfully submitted, this 20th day of March, 2026.

The Law Offices of Richard Varghese

/s/ Richard P. Varghese
Richard Phillip Varghese (SBN: 314156)
2596 Mission Street, Suite 207
San Marino, California 91108
(646) 479-6979
rvarghese@rvesq.com

-1-